IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Trend Intermodal Chassis Leasing, Inc., | * | |
| Plaintiff, | * | Civil Action No. 19-900-GLR |
| v. | * | |
| Rally Trucking, Inc., *et al.*, | * | IN ADMIRALTY |
| Defendant and Garnishee. | * | |

\* \* \* \* \* \* \* \* \* \* \*

## DEFAULT JUDGMENT

Upon considering the motion and supporting memorandum and an affidavit of Trend Intermodal Chassis Leasing, Inc. for default judgment against defendant Rally Trucking, Inc., this Court hereby GRANTS the motion, and

ENTERS JUDGMENT against Rally Trucking, Inc and in favor of Trend Intermodal Chassis Leasing, Inc. in the amount of **$56,816.93**.

Pursuant to Fed. Civ. P. 62(a), execution on the judgment is not stayed.

SO ORDERED this 17TH day of JULY, 2019.

_____
George L. Russell, III
United States District Judge