IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| Trend Intermodal Chassis Leasing, Inc., | * | |
| Plaintiff, | * | Civil Action No. 19-900-GLR |
| v. | * | |
| Rally Trucking, Inc., et al., | * | IN ADMIRALTY |
| Defendant and Garnishee. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER FOR FINAL JUDGMENT AGAINST GARNISHEE JPMORGAN CHASE BANK, N.A.

Upon consideration of the Motion for Judgment on Confession (Answer) of Garnishee JPMorgan Chase Bank, N.A. filed by the Plaintiff, and the having found good cause therefore, NOW, upon Plaintiff's motion, it is hereby,

ENTERS JUDGMENT against Garnishee JPMorgan Chase Bank, N.A. and in favor of Trend Intermodal on Garnishee's confession, in the amount of $7,636.39.

Pursuant to Fed. Civ. P. 62(a), execution on this judgment is not stayed.

SO ORDERED this 16th day of August, 2019.

_____
George L. Russell, III
United States District Judge